UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:24-cr-114 (RDM) |
| : | |
| KEVIN MICHAEL ALSTRUP, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Entry of March 15, 2024, which directed the parties to file a Joint Status Report on or before May 17, 2024, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, KEVIN ALSTRUP, by and through his attorney, submits the following as an update and report on the status of this matter.

1. On April 2, 2024, the government produced to the defense the 33rd volume of Global Discovery specific to the government's ongoing investigation of the January 6th assault on the U.S. Capitol. This production brought the government's total production in global discovery to 8.14 million files, which amounts to over 10.55 terabytes of information.

2. On April 17, 2024, the government produced to the defense its first round of case-specific discovery. This production included approximately 300 distinct items of case-specific discovery, including photographic and video evidence, as well as FBI investigative materials.

3. The government continues to work to extract and review material from the devices seized from the defendant at the time of his arrest, and will produce relevant discovery to the defendant as expeditiously as possible.

4. Based on the current posture of this matter, the parties request an additional 60 days to continue the discovery process. This additional time will allow the government to extract, review, and produce relevant discovery, and will allow the defendant time to review both global and case-specific discovery. Thus, the parties respectfully propose filing an updated Joint Status Report with the Court on or before <u>July 17, 2024</u>.

5. The parties also respectfully request that, as discovery is ongoing, the Court continue to exclude the time within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar Number 481052<br><br>*/s/ Benjamin J. Smith*<br>BENJAMIN J. SMITH<br>Assistant United States Attorney<br>New York Bar No. 5220637<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Benjamin.smith4@usdoj.gov | */s/ Maria N. Jacob*<br>MARIA N. JACOB<br>*Attorney for the Defendant*<br>Assistant Federal Public Defender<br>Office of the Federal Public<br>Defender for the District of<br>Columbia<br>625 Indiana Avenue, N.W. Suite 550<br>Washington, D.C. 20004<br>maria_jacob@fd.org |