UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-cr-114 (RDM) |
| | : | |
| **KEVIN MICHAEL ALSTRUP,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Entry of May 13, 2024, which directed the parties to file a Joint Status Report on or before July 17, 2024, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, KEVIN ALSTRUP, by and through his attorney, submits the following as an update and report on the status of this matter.

1. On April 2, 2024, the government produced to the defense the 33rd volume of Global Discovery specific to the government's ongoing investigation of the January 6th assault on the U.S. Capitol. This production brought the government's total production in global discovery to 8.14 million files, which amounts to over 10.55 terabytes of information.

2. On April 17, 2024, the government produced to the defense its first round of case-specific discovery. This production included approximately 300 distinct items of case-specific discovery, including photographic and video evidence, as well as FBI investigative materials.

3. On May 31, 2024, the government produced to the defense the 34th volume of Global Discovery specific to the government's ongoing investigation of the January 6th assault on the U.S. Capitol. This production brought the government's total

production in global discovery to 8.15 million files, which amounts to nearly 11.4 terabytes of information.

4. On June 27, 2024, the government produced to the defense its second round of case-specific discovery. This production included approximately 200 distinct items of case-specific discovery, including photographic and video evidence, as well as FBI investigative materials. This production brought the government's total production in case-specific discovery to approximately 500 distinct items of case-specific discovery.

5. The government has completed the extraction and review of material from the devices seized from the defendant at the time of his arrest, and has produced all relevant discovery from those devices to the defendant. The government will shortly produce to the defendant a copy of the recording of his custodial interview. At that point, the government does not anticipate producing any additional discovery in this matter.

6. Based on the current posture of this matter, the parties request an additional 60 days to complete the discovery process and begin efforts to resolve this matter. This additional time will allow the government to produce relevant discovery and will allow the defendant time to review both global and case-specific discovery. Additional time will also facilitate the parties' efforts to resolve this matter. Thus, the parties respectfully propose filing an updated Joint Status Report with the Court on or before <u>September 17, 2024</u>.

7. The parties also respectfully request that, as discovery is ongoing, the Court continue to exclude the time within which a trial must commence under the Speedy

Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar Number 481052<br><br>*/s/ Benjamin J. Smith*<br>BENJAMIN J. SMITH<br>Assistant United States Attorney<br>New York Bar No. 5220637<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Benjamin.smith4@usdoj.gov | */s/ Maria N. Jacob*<br>MARIA N. JACOB<br>*Attorney for the Defendant*<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender for the District of Columbia<br>625 Indiana Avenue, N.W. Suite 550<br>Washington, D.C. 20004<br>maria_jacob@fd.org |